UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20699-CIV-MORENO

YURI MANRARA, and all others similarly situated under 29 U.S.C. § 216(B),

    Plaintiff,

vs.

LOPEFRA CORP., and CECILIO LOPEZ,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR IN CAMERA REVIEW

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Settlement Agreement upon In Camera Review and Stipulation of Dismissal with Prejudice (**D.E. No. 18**), filed on **June 22, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The parties' may submit the Settlement Agreement for an *in camera* review by no later than **July 26, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record